IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY STOKES,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF VISALIA,<br><br>　　　　　　　　　　Defendant. | Case No. 1:17-cv-01350-DAD-SAB<br><br>ORDER RE CONSENT TO VOLUNTARY DISPUTE RESOLUTION PROGRAM<br><br>(ECF Nos. 15, 23) |

Plaintiff Kimberly Stokes filed this action on October 9, 2017. (ECF No. 1.) On October 25, 2017, Defendant City of Visalia filed a consent to the Voluntary Dispute Resolution Program ("VDRP"). (ECF No. 15.) Plaintiff filed a consent to VDPR on December 4, 2017. (ECF No. 23.)

The parties are advised that pursuant to the Local Rule, if the parties stipulate to using the VDRP, they must file a stipulation and order for VDRP Referral. L.R. 271(i). The stipulation and order for VDRP Referral must:

> (A) specify the time frame within which the parties propose the VDRP process will be completed and the date by which the Neutral must file confirmation of that completion;
> (B) suggest and explain any modifications or additions to the case management plan that would be advisable because of the reference to the VDRP; and
> (C) describe any pretrial activity, e.g., specified discovery or motions, that shall be completed before the VDRP session is held or that shall be stayed until the VDRP session is concluded.

1

L.R. 271(i). To be referred to the VDRP, the parties are required to file a stipulation that complies with Rule 271(i).

IT IS SO ORDERED.

Dated: **December 5, 2017**

UNITED STATES MAGISTRATE JUDGE