# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY RENEE STOKES,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF VISALIA,<br><br>  Defendant. | Case No. 1:17-cv-01350-SAB<br><br>ORDER VACATING FEBRUARY 28, 2018 HEARING |

On February 16, 2018, Defendant filed a notice of motion for Defendant's motion to compel Plaintiff to be produced for a deposition and request for sanctions and Plaintiff's motion for a protective order that is set for oral argument on February 28, 2018. (ECF No. 31.) The parties attached a joint statement.

The Court, having reviewed the record, finds these matters suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the matters are taken under submission. The previously scheduled hearing set for February 28, 2018, is vacated and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: **February 26, 2018**

UNITED STATES MAGISTRATE JUDGE