# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY RENEE STOKES,<br><br>      Plaintiff,<br><br>   v.<br><br>CITY OF VISALIA,<br><br>      Defendant. | Case No. 1:17-cv-01350-SAB<br><br>ORDER VACATING AUGUST 1, 2018 HEARING |

Currently before the Court are Defendant City of Visalia's motion for attorney fees and motion for publication which are set for oral argument on August 1, 2018. The Court, having reviewed the record, finds these matters suitable for decision without oral argument. <u>See</u> Local Rule 230(g). Accordingly, the previously scheduled hearing set on August 1, 2018, is HEREBY VACATED, and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:   **July 27, 2018**

UNITED STATES MAGISTRATE JUDGE